

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2016

No. 04-16-00124-CV

**IN THE INTEREST OF M.J.P.**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00878
Honorable Karen Crouch, Judge Presiding

## O R D E R

Appellee has filed a brief in which she argues that Appellant's brief violates Texas Rule of Appellate Procedure 9.8 by identifying M.J.P., a minor, by name. Appellant's brief does identify M.J.P. by name. Further, Appellant's appendix contains a copy of the trial court's order, which also identifies the minor by name. Thus, because Appellant's brief violates Rule 9.8, we STRIKE Appellant's brief. We ORDER Appellant to file on or before **July 25, 2016** an amended brief (including an appendix) that complies with Rule 9.8. Appellant's amended brief may only be modified to comply with Rule 9.8. If Appellant does not file an amended brief complying with Rule 9.8 in the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). After Appellant's amended brief is filed, Appellee may file any response within ten days of the filing of Appellant's amended brief.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court